DEVIN M. SENELICK (State Bar No. 221478)
KATHERINE M. DRU (State Bar No. 280231)
BRIDGET A. GORDON (State Bar No. 287098)
**HOOPER, LUNDY & BOOKMAN, P.C.**
1875 Century Park East, Suite 1600
Los Angeles, California 90067-2517
Telephone: (310) 551-8111
Facsimile: (310) 551-8181

Attorneys for Plaintiffs
NUTRISHARE, INC., PATIENT ONE,
PATIENT TWO, and PATIENT THREE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| NUTRISHARE, INC., a California Corporation; PATIENT ONE, an individual; PATIENT TWO, an individual; and PATIENT THREE, an individual,<br><br>         Plaintiffs,<br><br>    vs.<br><br>CONNECTICUT GENERAL LIFE INSURANCE COMPANY, a Connecticut Corporation; CIGNA HEALTH AND LIFE INSURANCE COMPANY, a Connecticut Corporation, and DOES 1 THROUGH 100, inclusive,<br><br>         Defendants. | Case No. 2:15-CV-00351-JAM-AC<br><br>**STIPULATION FOR DISMISSAL; ORDER**<br><br>The Hon. John A. Mendez |

1. This stipulation is entered into by and between Plaintiffs Nutrishare, Inc., Patient One, Patient Two, and Patient Three (together, "Plaintiffs") and Defendants Connecticut General Life Insurance Company and CIGNA Health and Life Insurance Company (together, "CIGNA").

WHEREAS, Plaintiffs and CIGNA have entered into a confidential Settlement Agreement and Release concerning the claims asserted in the above-entitled action;

IT IS HEREBY STIPULATED by and between Plaintiffs and CIGNA, through their respective counsel of record, that, Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-entitled action shall be dismissed with prejudice, with each party to bear its own costs and/or attorneys' fees.

Dated: January 5, 2016          HOOPER, LUNDY & BOOKMAN, P.C.

By: /s/ Katherine M. Dru
    KATHERINE M. DRU
Attorneys for Plaintiffs NUTRISHARE, INC.,
PATIENT ONE, PATIENT TWO, and PATIENT THREE

Dated: January 5, 2016          GORDON & REES LLP

By: /s/ Jordan S. Altura
    JORDAN S. ALTURA
Attorneys for Defendants CONNECTICUT GENERAL
LIFE INSURANCE COMPANY and CIGNA
HEALTH AND LIFE INSURANCE COMPANY

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

1198909.1

**1** **<u>ORDER</u>**

**2** The Court having considered the Stipulation for Dismissal filed pursuant to Federal Rule

**3** of Civil Procedure 41(a)(1)(A)(ii), and good cause appearing,

**4** HEREBY ORDERS the above-entitled action dismissed with prejudice.

**5**

**6** IT IS SO ORDERED.

**7**

**8** Dated: 1/5/2016                                     /s/ John A. Mendez
**9**                                                              Honorable John Mendez
                                                             United States District Court Judge

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

1198909.1

2
STIPULATION FOR DISMISSAL; [PROPOSED] ORDER